IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-22325 JAD |
| Andrea N. Bullock, | : | |
|     Debtor, | : | |
| | : | Chapter 13 |
| Deutsche Bank National Trust Company, | : | |
|     Movant, | : | Doc. No. |
| | : | |
| v. | : | Related to Doc. No. 121 |
| Andrea N. Bullock, and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | Response due: 08/12/16 |
|     Respondents. | : | |

## DECLARATION THAT CHAPTER 13 PLAN IS SUFFICIENT
## WITH THE PAYMENT CHANGE

And now comes the Debtor, by and through her attorney, Francis E. Corbett, and respectfully represents as follows:

1. The Notice of Payment Change describes a small payment increase from $650.63 to $659.69.

2. The plan is adequately funded to cover this increase.

3. The payment of $659.69 should be incorporated into the plan as of September 1, 2016.

    Respectfully Submitted,

**Date:  07/26/16**            s/ Francis E. Corbett
                                          **Francis E. Corbett, Esquire  PA I.D. #37594**
                                          fcorbett@fcorbettlaw.com
                                          **310 Grant Street, Suite 1420**
                                          **Pittsburgh, PA  15219-2230**
                                          **(412) 456-1882**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-22325 JAD |
| Andrea N. Bullock, | : | |
|     Debtor, | : | |
| | : | Chapter 13 |
| Deutsche Bank National Trust Company, | : | |
|     Movant, | : | Doc. No. |
| | : | |
| v. | : | Related to Doc. No. 121 |
| Andrea N. Bullock, and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | Response due: 08/12/16 |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION THAT THE
CHAPTER 13 PLAN IS SUFFICIENT
WITH THE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties on the attached list via NECF on July 26, 2016.

Ronda J. Winnecour, Chapter 13 Trustee at cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov
Andrew F. Gornall, Esquire agornall@goldbecklaw.com

    The type of service made on the debtor and the party listed below was First Class Mail.

    JP Morgan Chase Bank, N.A.
    Attn: Rochelle Johnson
    700 Kansas Lane
    Monroe, LA 71203

EXECUTED ON: 07/26/16        s/Francis E. Corbett_____
                                        **Francis E. Corbett, Esquire, PA I.D. #37594**
                                        **fcorbett@fcorbettlaw.com**
                                        **310 Grant Street, Suite 1420**
                                        **Pittsburgh, PA  15219-2230**
                                        **(412) 456-1882**