# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea N. Bullock    :

:    **Bankruptcy No. 14-22325 JAD**
:
:    **Chapter 13**
:
**Debtor.**    :

## NOTICE OF
## CHANGE OF ADDRESS

**Undeliverable Address:**

**Debtor Name:**
**Andrea Bullock**
**Incorrect Address:**
**7120 Van Drive**
**Pittsburgh, PA 15206**

**Corrected Address:**
**Debtor Name:**
 **Andrea Bullock**
 **Correct Address:**
 **P.O. Box 81145**
 **Pittsburgh, PA 15217**

Dated
        10/06/16                                    /s/Francis E. Corbett, Esquire
                                                    Electronic Signature of Debtors' Attorney

                                                    Francis E. Corbett, Esquire
                                                    Typed Name

                                                    310 Grant Street, Suite 1420
                                                    Pittsburgh, PA 15219-2230

                                                    Address

                                                    412 456-1882/fcorbett@fcorbettlaw.com
                                                    Phone No.

                                                    PA I.D. #37594
                                                    List Bar I.D. and State of Admission