# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | ANDREA N. BULLOCK |
| Case Number: | 14-22325-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, APRIL 05, 2017 09:30 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Motion For Relief From The Automatic Stay filed by Belmar Gardens, Inc.
- Response filed by Debtor 3/21/2017 at Doc. No. 130  [Due 3/26/2017]
R / M #:  126 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR: FRANCIS E. CORBETT, ESQUIRE
CREDITOR: MARY BOWER SHEATS, ESQUIRE for BELMAR GARDENS, INC.

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at _____
  _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order -  NONJURY  /  JURY
  _____ Simple / Pretrial Order - NONJURY  /  JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER:  Conditional Order entered.

**- Order Entered 4/5/2017 Granting Conditional Relief From Stay**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/5/17 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA