## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDREA N. BULLOCK

Case No. 14-22325JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

DEUTSCHE BANK NTC

Document No __

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 2513.

Regular mortgage payments are currently being directed to the following creditor at the following address:

DEUTSCHE BANK NTC
C/O JPM CHASE BANK NA
3415 VISION DR
OH-4-7142
COLUMBUS,OH 43219

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

2513

The Chapter 13 Trustee's CID Records of DEUTSCHE BANK NTC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 4/6/2017.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | <u>/s/ Ronda J. Winnecour</u><br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
ANDREA N. BULLOCK, PO BOX 81145, PITTSBURGH, PA  15217

:
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ, 1420 GRANT BUILDING, 310 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
DEUTSCHE BANK NTC, C/O JPM CHASE BANK NA, 3415 VISION DR, OH-4-7142, COLUMBUS, OH  43219