**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANDREA N. BULLOCK

Case No. 14-22325JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

Document No __

DEUTSCHE BANK NTC

Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 2513.

Regular mortgage payments are currently being directed to the following creditor at the following address:

DEUTSCHE BANK NTC
C/O JPM CHASE BANK NA
3415 VISION DR
OH-4-7142
COLUMBUS,OH 43219

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

2513

The Chapter 13 Trustee's CID Records of DEUTSCHE BANK NTC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 4/6/2017.

cc:    Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ANDREA N. BULLOCK, PO BOX 81145, PITTSBURGH, PA  15217 | DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ, 1420 GRANT BUILDING, 310 GRANT ST, PITTSBURGH, PA  15219 |
| :<br>CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203 | ORIGINAL CREDITOR'S COUNSEL:<br>ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| ORIGINAL CREDITOR:<br>DEUTSCHE BANK NTC, C/O JPM CHASE BANK NA, 3415 VISION DR, OH-4-7142, COLUMBUS, OH  43219 | |
| NEW CREDITOR:<br>SELECT PORTFOLIO SERVICING, INC.<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | |