FORM JAD-007
1/09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : Bankruptcy No. 14-22325 JAD
_Andrea N. Bullock_                  :
                                                        : Chapter 13
*Debtor(s)*                              :
_Belmar Gardens_                    :
_Inc._                                             : Related To Doc. No. _126_
*Movant(s),*                           :
v.                                                     :
_Andrea N. Bullock_                :
_and Ronda J. Winnecour_    :
and RONDA J. WINNECOUR, ESQ., :
Chapter 13 Trustee,                :
                                                        :
*Respondent(s).*                    :

ORDER GRANTING CONDITIONAL RELIEF FROM STAY IN FAVOR OF
_Belmar Gardens Inc._

AND NOW, this _5th_ day of _April_____, 20__, after the hearing on the

Motion for Relief From the Automatic Stay filed by _Belmar Gardens Inc._ (the

"Movant"), and due consideration of the Debtor's response thereto, if any, and upon consideration

of arguments and statements of counsel at the hearing held thereon,

It is hereby **ORDERED** that the automatic stay is terminated as it affects the interests of

the Movant with respect to that certain collateral referenced in Movant's Motion for Relief From

the Automatic Stay as being _7120 Vann Drive, PGH PA 15106_; **PROVIDED**

**HOWEVER**, that this Order granting relief from stay is stayed for so long as:

(1)    The Debtor(s), within ___/___ (___) days of this Order, remit(s) $___/___
        to the Chapter 13 Trustee in readily available funds (which is to be distributed by the
        Chapter 13 Trustee to the Movant as adequate protection); (

ORDER-JAD-007-REV1-09.wpd

    (2)    On a go forward basis from and after the date of this Order, the Debtor(s) shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due; and

    (3)    Other: _____
_____
_____

It is hereby further **ORDERED** that *time is of the essence.* For the duration of this bankruptcy case, in the event that the Debtor(s) fail to make any subsequent plan payments (as well as such other payments that may be required by this Order) to the Chapter 13 Trustee, then the stay of this Order shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with said property or collateral upon the filing of an Affidavit of Default by Movant without further hearing or without entry of an additional order. Such Affidavit of Default shall contain a statement of default as supported by the creditor's own records as well as the records of the Chapter 13 Trustee.

In the event that the automatic stay is terminated as provided in this Order, then the Trustee shall make no further disbursements to any creditor on account of any <u>secured claim</u> that is secured by the subject collateral, unless directed otherwise by further Order Of Court.



        4.5.2017

_____
**JEFFERY A. DELLER**
United States Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:    Ronda Winnecour, Chapter 13 Trustee (via CM:ECF e-mail)
        Debtor(s)
        Counsel for Debtor(s)
        Counsel for Movant

FILED
4/5/17 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER-JAD-007-REV1-09.wpd

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrea N. Bullock  
    Debtor

Case No. 14-22325-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 05, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.  
db         +Andrea N. Bullock,   PO Box 81145,   Pittsburgh, PA 15217-0645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:

      Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee, et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Francis E. Corbett    on behalf of Debtor Andrea N. Bullock fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
      James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com  
      John F. Cambest    on behalf of Creditor    Tri Valley Federal Credit Union jcambest@law-dmc.com, kmackulin@law-dmc.com  
      Leon P. Haller    on behalf of Creditor    U.S. Bank National Association Trustee for the Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;lrynard@pkh.com  
      Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com  
      Mary Bower Sheats    on behalf of Creditor    Belmar Gardens, Inc. mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                       TOTAL: 12