## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ANDREA N. BULLOCK

          Debtor(s)

   Ronda J. Winnecour

         Movant

      vs.

   DEUTSCHE BANK NATIONAL TRUST CO -
TRUSTEE     Respondent(s)

Case No. 14-22325JAD

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

    Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 13
Court Claim Number - 10

          /s/   Ronda J. Winnecour
7/20/2018         RONDA J WINNECOUR PA ID #30399
          CHAPTER 13 TRUSTEE WD PA
          600 GRANT STREET
          SUITE 3250 US STEEL TWR
          PITTSBURGH, PA  15219
          (412) 471-5566
          cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANDREA N. BULLOCK

Case No.:14-22325JAD

Debtor(s)

Chapter 13

Ronda J. Winnecour

Document No.___

Movant

vs.

DEUTSCHE BANK NATIONAL TRUST CO -
TRUSTEE    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANDREA N. BULLOCK, PO BOX 81145, PITTSBURGH, PA  15217

FRANCIS E CORBETT ESQ, 1420 GRANT BUILDING, 310 GRANT ST, PITTSBURGH, PA 15219

DEUTSCHE BANK NATIONAL TRUST CO - TRUSTEE, C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450, SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT  84119

ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

07/20/2018

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com