IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Andrea N. Bullock                          :        Case No. 14-22325JAD
                                           :        Chapter 13
             Debtor(s)                     :
Ronda J. Winnecour, Trustee                :
                                           :        Related to Claim #1
             Movant(s)                     :
                                           :        Related to doc. #154
             vs.                           :
Discover Bank                              :        Hearing Date
                                           :
                                           :
             Respondent(s)

<u>CERTIFICATE OF SERVICE</u>

    I, Dianne DeFoor of the Office of the Chapter 13 Trustee, Suite 3250,
U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Certify:
    That I am, and at all times hereinafter mentioned, more than 18 years of
age;

    That on the 11th day of June 2019, I served a copy of the Court Order
entered at Doc. #154.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Andrew N. Bullock
PO Box 81145
Pittsburgh PA 15217

Francis E. Corbett, Esquire
Mitchell Building -707
304 Ross Street
Pittsburgh PA 15219

Discover Bank
Attn: Russell Coffill
DB Servicing Corporation
PO Box 3025
New Albany OH 43054

Discover Bank
Roger C. Hochschild, President
502 East Market Street
Greenwood DE 19950

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 6/11/19                          /s/ Dianne DeFoor
            (date)                            Dianne DeFoor
                                             Suite 3250- US Steel Tower
                                             600 Grant Street
                                             Pittsburgh PA 15219
                                             412-471-5566
                                             cmecf@chapter13trusteewdpa.com