**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREA N. BULLOCK<br><br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ANDREA N. BULLOCK<br><br><br><br>Respondents | Bankruptcy No.14-22325-JAD<br><br><br>Chapter 13<br><br><br>Related To Doc. No. 156 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 25th day of June, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

United Health Group
Attn: Payroll Manager
9900 Bren Rd E
MN008-B213
Minnetonka,MN 55343

is hereby ordered to immediately terminate the attachment of the wages of ANDREA N. BULLOCK, social security number XXX-XX-0619.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDREA N. BULLOCK.

BY THE COURT:

_____
JEFFERY A. DELLER          mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
6/25/19 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22325-JAD
Andrea N. Bullock                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch            Page 1 of 1        Date Rcvd: Jun 25, 2019
                             Form ID: pdf900        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +Andrea N. Bullock,   PO Box 81145,   Pittsburgh, PA 15217-0645
               +United Health Group,   Attn: Payroll Manager,   9900 Bren Rd E.,   MN008-B213,
                Minnetonka, MN 55343-9664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Deutsche Bank National Trust Company, formerly known
           as Bankers Trust Company of California, N.A., as Trustee, et al andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor   Deutsche Bank National Trust Company, formerly known
           as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
           Long Beach Home Equity Loan Trust 2000-LB1 andygornall@latouflawfirm.com
          Danielle Boyle-Ebersole    on behalf of Creditor   Deutsche Bank National Trust Company, formerly
           known as Bankers Trust Company of California, N.A., as Trustee, et al debersole@hoflawgroup.com,
           pfranz@hoflawgroup.com
          Danielle Boyle-Ebersole    on behalf of Creditor   Deutsche Bank National Trust Company, formerly
           known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities
           Corporation Long Beach Home Equity Loan Trust 2000-LB1 debersole@hoflawgroup.com,
           pfranz@hoflawgroup.com
          Francis E. Corbett    on behalf of Debtor Andrea N. Bullock fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, formerly known
           as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
           Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com
          John F. Cambest    on behalf of Creditor   Tri Valley Federal Credit Union jcambest@law-dmc.com,
           kmackulin@law-dmc.com
          Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Leon P. Haller    on behalf of Creditor   U.S. Bank National Association Trustee for the
           Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Mary Bower Sheats    on behalf of Creditor   Belmar Gardens, Inc. Mary@mbsheatslaw.com,
           mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 14