**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ANDREA N. BULLOCK

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-22325-JAD

Chapter 13

Related to Doc. No. 161

**ORDER OF COURT**

AND NOW, this 20th day of November, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/20/19 7:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
JEFFERY A. DELLER    mas
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22325-JAD
Andrea N. Bullock                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 2            Date Rcvd: Nov 20, 2019
                              Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db             +Andrea N. Bullock,    PO Box 81145,    Pittsburgh, PA 15217-0645
cr             +Belmar Gardens, Inc.,    c/o The Rubinoff Company,    925 Liberty Avenue,    8th Floor,
                 Pittsburgh, PA 15222-3730
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +JPMorgan Chase Bank, N.A.,    700 Kansas Lane, Mail Code, LA4-5555,    Monroe, LA 71203-4774
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13867132       +Belmar Gardens,    925 Liberty Avenue,    Pittsburgh, PA 15222-3730
14036500       +Belmar Gardens, Inc.,    c/o The Rubinoff Company,    Att: Property Manager,
                 925 Liberty Avenue, 8th Floor,    Pittsburgh, PA 15222-3730
13867135      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
13867134       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13867136       +David Apothaker, Esquire,    520 Fellowship Rd,    C306,    Mount Laurel, NJ 08054-3410
14415728       +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14072162       +Deutsche Bank National Trust Company, et al,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13927363       +George J. Pettrone, Esquire,    1112 South Braddock Avenue,    Pittsburgh PA 15218-1262
13920778       +Peoples Natural Gas Co LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13867139       +Roger Matthews, Esquire,    11 Stanwix Street,    Tenth Floor,    Suite 1024,
                 Pittsburgh, PA 15222-1312
13867140       +Tri Valley Federal Credit Union,    1920 Cochran Rd,    Pittsburgh, PA 15220-1101
13937285       +U.S. Bank, National Association, Trustee for,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13867133        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 03:41:23      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13869929        E-mail/Text: mrdiscen@discover.com Nov 21 2019 03:36:11      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13867137       +E-mail/Text: mrdiscen@discover.com Nov 21 2019 03:36:11      Discover Fin Svcs Llc,
                 PO Box 15316,    Wilmington, DE 19850-5316
13933596       +E-mail/Text: kburkley@bernsteinlaw.com Nov 21 2019 03:37:08      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13867138       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 03:41:24      Gecrb/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
13933436        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 03:40:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13867142       +E-mail/Text: rosec@trivalleyservice.com Nov 21 2019 03:36:12      Tri-Valley Service Fcu,
                 1920 Cochran Rd,    Pittsburgh, PA 15220-1101
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Deutsche Bank National Trust Company, formerly kno
cr              Deutsche Bank National Trust Company, formerly kno
cr              U.S. Bank National Association Trustee for the Pen
13867141*      +Tri Valley Federal Credit Union,    1920 Cochran Rd,    Pittsburgh, PA 15220-1101
13867143*      +Tri-Valley Service Fcu,    1920 Cochran Rd,    Pittsburgh, PA 15220-1101
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr            ##+Tri Valley Federal Credit Union,    Dodaro, Matta, & Cambest, P.C.,
                 1001 Ardmore Blvd., Suite 100,    Pittsburgh, PA 15221,    UNITED STATES 15221-5233
                                                                                   TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: nsha               Page 2 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee, et al andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 andygornall@latouflawfirm.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee, et al debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities
               Corporation Long Beach Home Equity Loan Trust 2000-LB1 debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Francis E. Corbett    on behalf of Debtor Andrea N. Bullock fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com
              John F. Cambest    on behalf of Creditor    Tri Valley Federal Credit Union jcambest@law-dmc.com,
               kmackulin@law-dmc.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Leon P. Haller    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Mary Bower Sheats    on behalf of Creditor    Belmar Gardens, Inc. Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 14
```