**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrea N. Bullock** | Social Security number or ITIN  xxx−xx−0619 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **14−22325−JAD**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrea N. Bullock
aka Andrea N Gaddie

12/13/19                                    **By the court:**    Jeffery A. Deller
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                 Case No. 14-22325-JAD
Andrea N. Bullock                                                      Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0315-2          User: nsha                  Page 1 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 3180W              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Andrea N. Bullock,    PO Box 81145,    Pittsburgh, PA 15217-0645
cr             +Belmar Gardens, Inc.,    c/o The Rubinoff Company,    925 Liberty Avenue,    8th Floor,
                 Pittsburgh, PA 15222-3730
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +JPMorgan Chase Bank, N.A.,    700 Kansas Lane, Mail Code, LA4-5555,    Monroe, LA 71203-4774
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13867132       +Belmar Gardens,    925 Liberty Avenue,    Pittsburgh, PA 15222-3730
14036500       +Belmar Gardens, Inc.,    c/o The Rubinoff Company,    Att: Property Manager,
                 925 Liberty Avenue, 8th Floor,    Pittsburgh, PA 15222-3730
13867134       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13867136       +David Apothaker, Esquire,    520 Fellowship Rd,    C306,   Mount Laurel, NJ 08054-3410
14415728       +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14072162       +Deutsche Bank National Trust Company, et al,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
13927363       +George J. Pettrone, Esquire,    1112 South Braddock Avenue,    Pittsburgh PA 15218-1262
13920778       +Peoples Natural Gas Co LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13867139       +Roger Matthews, Esquire,    11 Stanwix Street,    Tenth Floor,   Suite 1024,
                 Pittsburgh, PA 15222-1312
13867140       +Tri Valley Federal Credit Union,    1920 Cochran Rd,    Pittsburgh, PA 15220-1101
13937285       +U.S. Bank, National Association, Trustee for,    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:15:57     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13867133        EDI: CAPITALONE.COM Dec 14 2019 07:13:00      Cap One,   Po Box 85520,   Richmond, VA 23285
13867135       +EDI: CREDPROT.COM Dec 14 2019 07:13:00      Credit Protection Asso,   13355 Noel Rd Ste 2100,
                 Dallas, TX 75240
13869929        EDI: DISCOVER.COM Dec 14 2019 07:13:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
13867137       +EDI: DISCOVER.COM Dec 14 2019 07:13:00      Discover Fin Svcs Llc,   PO Box 15316,
                 Wilmington, DE 19850-5316
13933596       +E-mail/Text: kburkley@bernsteinlaw.com Dec 14 2019 02:16:13      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13867138       +EDI: RMSC.COM Dec 14 2019 07:13:00      Gecrb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
13933436        EDI: PRA.COM Dec 14 2019 07:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13867142       +E-mail/Text: rosec@trivalleyservice.com Dec 14 2019 02:15:48     Tri-Valley Service Fcu,
                 1920 Cochran Rd,   Pittsburgh, PA 15220-1101
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, formerly kno
cr              Deutsche Bank National Trust Company, formerly kno
cr              U.S. Bank National Association Trustee for the Pen
13867141*      +Tri Valley Federal Credit Union,    1920 Cochran Rd,   Pittsburgh, PA 15220-1101
13867143*      +Tri-Valley Service Fcu,    1920 Cochran Rd,   Pittsburgh, PA 15220-1101
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,   Salt Lake City, UT 84115-4412
cr            ##+Tri Valley Federal Credit Union,    Dodaro, Matta, & Cambest, P.C.,
                 1001 Ardmore Blvd., Suite 100,    Pittsburgh, PA 15221,   UNITED STATES 15221-5233
                                                                                   TOTALS: 3, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: nsha              Page 2 of 2            Date Rcvd: Dec 13, 2019
                              Form ID: 3180W          Total Noticed: 26
```

         ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee, et al andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 andygornall@latouflawfirm.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee, et al debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities
               Corporation Long Beach Home Equity Loan Trust 2000-LB1 debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Francis E. Corbett    on behalf of Debtor Andrea N. Bullock fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com
              John F. Cambest    on behalf of Creditor    Tri Valley Federal Credit Union jcambest@law-dmc.com,
               kmackulin@law-dmc.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Leon P. Haller    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Mary Bower Sheats    on behalf of Creditor    Belmar Gardens, Inc. Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14
```