**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrea N. Bullock
aka Andrea N Gaddie**
 Debtor(s)

Bankruptcy Case No.: 14–22325–JAD

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

 Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 17, 2019

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22325-JAD
Andrea N. Bullock                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha              Page 1 of 1              Date Rcvd: Dec 17, 2019
                            Form ID: 129            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             +Andrea N. Bullock,    PO Box 81145,    Pittsburgh, PA 15217-0645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee, et al andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 andygornall@latouflawfirm.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee, et al debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities
               Corporation Long Beach Home Equity Loan Trust 2000-LB1 debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Francis E. Corbett    on behalf of Debtor Andrea N. Bullock fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
               as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
               Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com
              John F. Cambest    on behalf of Creditor    Tri Valley Federal Credit Union jcambest@law-dmc.com,
               kmackulin@law-dmc.com
              Leon P. Haller    on behalf of Creditor    U.S. Bank National Association Trustee for the
               Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Mary Bower Sheats    on behalf of Creditor    Belmar Gardens, Inc. Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 14